IN THE SUPREME COURT OF THE STATE OF NEVADA

JOEY KADMIRI,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
MGM GRAND RESORTS INTL.; NEW
CASTLE, LLC; AND EXCALIBUR
HOTEL AND CASINO,
Real Parties in Interest.

No. 81903

**FILED**

NOV 2 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DENYING PETITION*

This original pro se petition for a writ of mandamus challenges various district court orders in a tort action.

Petitioner has not provided this court with all of the exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter. *See* NRAP 21(b).

20-42495

We reiterate that "[p]etitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.[1]

_____Pickering_____, C.J.
Pickering

_____Hardesty_____, J.        _____Silver_____, J.
Hardesty                                    Silver


cc:     Joey Kadmiri
        Pyatt Silvestri
        Eighth District Court Clerk

---

[1]In light of this disposition, petitioner's request for leave to amend his petition is denied as moot.